UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Thomas Herndon, | ) | C/A No. 4:13-cv-03160 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT ORDER TO REMAND** |
| v. | ) | |
| | ) | |
| P&V, Inc., d/b/a Quality Inn Dillon, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 21, 2013, the Defendant, above-named, filed a Notice of Removal of this action from the Court of Common Pleas, State of South Carolina, County of Dillon.

The parties have consulted and jointly represent to the Court that they do not believe that this matter was appropriate for removal on the basis of diversity jurisdiction or any other basis.

As such, and with the consent of the parties herein, this matter is hereby remanded to the Court of Common Pleas, County of Dillon, State of South Carolina.

IT IS SO ORDERED.

                                         s/R. Bryan Harwell
                                         R. BRYAN HARWELL
Florence, South Carolina                 United States District Court Judge
December 20, 2013

I SO MOVE:                               I SO CONSENT:


s/Douglas Jennings, Jr._____       s/Jay R. Lee_____
DOUGLAS JENNINGS, JR                     JAY R. LEE
JENNINGS LAW FIRM                        AIKEN BRIDGES
P.O. BOX 995                             P. O. DRAWER 1931
BENNETTSVILLE, SC 29512                  FLORENCE, SC 29503

ATTORNEY FOR PLAINTIFF                   ATTORNEY FOR DEFENDANT